# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UJU ONUACHI, | ) CIVIL ACTION NO.: 4:17-CV-3114 |
| Plaintiff, | ) |
| vs. | ) |
| MASTER BUILDERS INC., D/B/A HARRY S. PETERSON COMPANY, HARRY S. PETERSON COMPANY, WESTERN WATERPROOFING CO., INC. A SUBSIDIARY OF THE WESTERN GROUP, THE ALLIANCE GROUP INC., MEYLAN ENTERPRASISE INC., ALEGENT HEALTH IMMANUEL MEDICAL CENTER, BODO W. TREU MD, DAVID A. STERNS MD, REBECCA S. RUNDLETT MD, DENNIS R. RIEKENBERG, JOHN R. TIMMERMIER, AND JOHN K. GREEN, | ) MOTION TO DISMISS PLAINTIFF'S COMPLAINT ON BEHALF OF DEFENDANTS MASTER BUILDERS INC., D/B/A HARRY S. PETERSON COMPANY, HARRY S. PETERSON COMPANY, AND WESTERN WATERPROOFING CO., INC., A SUBSIDIARY OF THE WESTERN GROUP |
| Defendants. | ) |

COME NOW Defendants Master Builders, Inc., D/B/A Harry S. Peterson Company, Harry S. Peterson Company, and Western Waterproofing Co., Inc., a Subsidiary of The Western Group, and moves this Court, pursuant to FRCP 12(b)(1) and 12(b)(6) for an Order dismissing the Plaintiff's Complaint for the following reasons:

1. This Court lacks subject matter jurisdiction over this case. No federal question has been raised to satisfy the requirements of 28 U.S.C § 1331. Diversity jurisdiction under 28 U.S.C § 1332 does not exist because the Plaintiff is a resident of Nebraska, and many of the Defendants are residents of Nebraska.

2. Plaintiff's Complaint is based on an injury that he alleges occurred in the course and scope of his employment. As such, it is barred because the

1

Nebraska Worker's Compensation Court has exclusive jurisdiction over the matter.

3. Plaintiff's Complaint is barred by res judicata or claim preclusion and issue preclusion.

WHEREFORE, these Defendants respectfully ask that this Court dismiss Plaintiff's Complaint with prejudice.

DATED this 22nd day of September, 2017.

>MASTER BUILDERS, INC., d/b/a HARRY S. PETERSON COMPANY, HARRY S. PETERSON COMPANY, AND WESTERN WATERPROOFING CO., INC., A SUBSIDIARY OF THE WESTERN GROUP, Defendants,

By: */s/ Krista M. Carlson*
Stephen L. Ahl, #10036
Krista M. Carlson, #23905
Wolfe, Snowden, Hurd, Luers & Ahl, LLP
Wells Fargo Center
1248 "O" Street, Suite 800
Lincoln, NE 68508
PH: (402) 474-1507
FAX: (402) 474-3170
EM: sahl@wolfesnowden.com
kcarlson@wolfesnowden.com

## CERTIFICATE OF SERVICE

I electronically filed the foregoing ***Motion to Dismiss Plaintiff's Complaint on Behalf of Defendants Master Builders Inc., d/b/a Harry S. Peterson Company, Harry S. Peterson Company, and Western Waterproofing Co., Inc., a subsidiary of The Western Group*** on this 22nd day of September, 2017, with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Milton A. Katskee
Dean F. Suing
Govier, Katskee, Suing & Maxell, P.C., L.L.O.
10404 Essex Court, Suite 100
Omaha, NE 68114
milt@katskee.com
dean@katskee.com
***Attorney for Dennis R. Riekenberg***

David Welch
Kellie Chesire
Pansing Hogan Ernst & Bachman LLP
10250 Regency Circle, #300
Omaha, Nebraska 68114
dwelch@pheblaw.com
kolson@pheblaw.com
***Attorneys for Alegent Health Immanuel Medical Center, Bodo W. Treu, M.D., Rebecca S. Rundlett, M.D.***

and I hereby certify that I have mailed by United States Postal Service the foregoing document to the following non CM/ECF participants:

Uju Onuachi
P.O. Box 94646
Lincoln, NE 68509
***Pro Se Plaintiff***

The Alliance Group, Inc.
2566 Leavenworth Street
Omaha, NE 68105

Meylan Enterprises, Inc.,
6225 South 60th Street
Omaha, NE 68117

John K. Green
Overland Wolf
6910 Pacific Street, Suite 208
Omaha, NE 68106

John R. Timmermier
Timmermier, Gross & Prentiss
8712 West Dodge Road, Suite 401
Omaha, NE 68114

David A. Sterns, MD
Heart Consultants, PC
6828 N. 72nd Street
Omaha, NE 68122

/s/ *Krista M. Carlson*
Krista M. Carlson, #23905

3