# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UJU ONUACHI, | |
| Plaintiff, | 8:17CV3114 |
| vs. | ORDER |
| MASTER BUILDERS, INC., HARRY S. PETERSON COMPANY, WESTERN WATERPROOFING CO., INC., A subsidiary of the Western Group; THE ALLIANCE GROUP INC., MEYLAN ENTERPRISE INC., ALEGENT HEALTH IMMANUAL MEDICAL CENTER, BODO W. TREU, MD; DAVID A STERNS, MD; REBECCA S. RUNDLETT, MD; DENNIS R. RIEKENBERG, JOHN R. TIMMERMIER, and JOHN K. GREEN, | |
| Defendant. | |

This matter is before the Court on the Motion for Reconsideration, ECF No. 118, filed by Plaintiff Uju Onuachi. The Court previously denied his Motion to Alter or Amend, ECF No. 67, under Federal Rule of Civil Procedure 59(e), and his Motion to Vacate, ECF No. 106, under Fed. R. Civ. P. 60(d)(3). The pending Motion asks the Court to reconsider setting aside its prior orders and judgment under Fed. R. Civ. P. 60(d)(3). The Court has reviewed the record and is satisfied that its prior orders and judgment are the not product of any fraudulent misrepresentations. Accordingly,

IT IS ORDERED: The Motion to Reconsider, ECF No. 118, filed by Plaintiff Uju Onuachi, is denied.

Dated this 3rd day of July, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge