IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UJU ONUACHI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>MASTER BUILDERS, INC., et al.,<br><br>　　　　　　Defendants. | **4:17CV3114**<br><br>**ORDER** |

　　　　This matter is before the Court on Plaintiff Uju Onuachi's filings captioned an "Independent Action" (Filing No. 151) and Motion for Default Judgment (Filing No. 152). In the "Independent Action," Onuachi once again seeks to set aside the Court's Order and Judgment dated February 15, 2018 (Filing Nos. 92, 93). Onuachi has filed repeated motions asking the Court to reconsider its previous decision and the Court has repeatedly held that Onuachi's repeated claims are frivolous and cautioned him that further filings would result in an injunction and subject him to attorney's fees and costs. *See, e.g.*, *Onuachi v. Master Builders, Inc.*, No. 4:17CV3114, 2018 WL 922135, at *4 (D. Neb. Feb. 15, 2018).

　　　　Onuachi's "Independent Action" is substantively another motion to reconsider on the same basis as Onuachi's previous motions. (*See, e.g.*, Filing Nos. 118, 122, 129, 133). The only difference in this Motion appears to be that Onuachi attempts to add several individuals as defendants who have served as counsel for the named defendants at some point since the beginning of this lawsuit. Onuachi may not assert a new, independent action in this way. For the reasons stated in its previous orders, Onuachi's motion captioned as an "Independent Action" is summarily denied.

Onuachi's Motion for Default Judgment seeks a clerk's entry of default against the individuals Onuachi improperly named as defendants in the "Independent Action." Because the "Independent Action" is not a valid pleading, the Motion for Default Judgment is denied.

IT IS ORDERED:

1. Plaintiff Uju Onuachi's filing captioned an "Independent Action" (Filing No. 151) is denied; and

2. Plaintiff Uju Onuachi's Motion for Default Judgment (Filing No. 152) is denied.

Dated this 14th day of June, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge